PLAINTIFF'S
EXHIBIT

A

THIS LICENSE EXPIRES ............ May 28 19____

**CERTIFICATE OF MARRIAGE**
**COMMONWEALTH OF VIRGINIA**

175

XXX
COUNTY OF ___ Pr. Wm. ___

67 012222

FULL NAME OF GROOM Stewart Lewis Skinner

CLERK'S NO. 122

PRESENT NAME OF BRIDE M.ldred Quinn

NAME Mildred Quinn

**GROOM**

**BRIDE**

| AGE | RACE | SINGLE, WIDOWED, OR DIVORCED | NO. TIMES PREV. MARRIED | AGE | RACE | SINGLE, WIDOWED, OR DIVORCED | NO. TIMES PREV. MARRIED |
|---|---|---|---|---|---|---|---|
| 18 | Col. | Single | None | 15 | Col | Single | None |

OCCUPATION Sanitation — Fairfax County

INDUSTRY OR BUSINESS

OCCUPATION None

INDUSTRY OR BUSINESS

BIRTHPLACE Nokesville, Virginia

BIRTHPLACE Nokesville, Virginia

FATHER'S FULL NAME Harrison Skinner

FATHER'S FULL NAME Frank Washington Quinn

MOTHER'S MAIDEN NAME Doris Margaret Gray

MOTHER'S MAIDEN NAME May Anna Russell

RESIDENCE: CITY OR COUNTY MAILING ADDRESS Rt2, Box 48 Nokesville, Virginia 175

RESIDENCE: CITY OR COUNTY MAILING ADDRESS Rt. 2, Box 48 Nokesville, Virginia 175

Proposed Date of Marriage ___ April 1, 1967 ___

Proposed Place of Marriage ___ Catlett, Virginia ___

Given under my hand this ___ 29th ___ day of ___ March ___, 19 67

Leda S. Thomas
By her deputy _____, Clerk of ___ Circuit ___ Court.

**CERTIFICATE OF DATE AND PLACE OF MARRIAGE** 130

I, ___ Joseph O. Hackett ___, a ___ Minister ___ of the ___ Baptist ___ Church,
or religious order of that name, do hereby certify that on the ___ 31st ___ day of ___ March ___ (Denomination) 19 67, in
the county, city or town of ___ Fauquier ___, Virginia, under authority of this license I joined
together in the Holy State of Matrimony the persons named and described therein. I qualified and gave bond in
the county or city of ___ Alexandria ___, year 1922, which authorizes me to cele-
brate the rites of marriage in the Commonwealth of Virginia.

Given under my hand this ___ 31st ___ day of ___ March ___, 19 67   03

Address of celebrant ___ Catlett, Virginia 22019 ___   Rev. _____

MARGIN RESERVED FOR BINDING

The minister or other person celebrating this marriage is required within five days to fill out and sign both copies of the Certificate of Date and Place of Marriage, and deliver them to the clerk who issued the license.

The copy with the license on the back is for the clerk, the other for the Bureau of Vital Statistics.

V. S. 3