IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **STUART L. SKINNER, JR.,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:19-cv-468 |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the Memorandum Opinion issued this same day,

It is hereby **ORDERED** that the Joint Motion for Settlement Approval (Dkt. 31) is **GRANTED**. The Court **FINDS** that the settlement amount of $475,000 is just, fair, and reasonable and **APPROVES** the settlement agreement (Dkt. 31-1).

It is further **ORDERED** that the Court **FINDS** that Stuart L. Skinner, Jr., Stethanie L. Skinner, Ulonda L. Skinner, and Stewart L. Skinner, Jr. are statutory beneficiaries pursuant to Virginia Code § 8.01-53.

It is further **ORDERED** that the settlement sum of four hundred and seventy-five thousand dollars ($475,000) be distributed as follows:

1. To the law firm of TrialHawk Litigation Group, LLC in the amount of One Hundred Six Thousand Eight Hundred Seventy-Five Dollars ($106,875.00) for attorney fees;

2. To the law firm of Bertram Law Group, PLLC in the amount of Eleven Thousand Eight Hundred Seventy-Five Dollars ($11,875.00) for attorney fees;[1]

3. To the law firm of TrialHawk Litigation Group, LLC in the amount of Twenty Six Thousand Eight Hundred Fifty-Two Dollars and Forty-Two Cents ($26,852.42) for reimbursement of advanced litigation costs;

---

[1] In accordance with 28 U.S.C. § 2678, the combined attorneys' fees for services rendered total One Hundred Eighteen Thousand Seven Hundred Fifty Dollars ($118,750), which is 25% of the total settlement amount of Four Hundred Seventy-Five Thousand Dollars ($475,000).

1

4. To the law firm of TrialHawk Litigation Group, LLC in the amount of Three Thousand One Hundred Forty-Seven Dollars ($3,147.58) for payment of unknown unpaid costs (to be held for 30 days, after which any remainder goes to the beneficiaries of the Estate of Stuart Lewis Skinner in proportion to the amounts set forth below);

5. To Stuart L. Skinner, Jr., in the amount of One Hundred Sixty-Six Thousand Eight Hundred Ninety-Six Dollars ($166,896.00);

6. To Stethanie L. Skinner, in the amount of Seventy-Seven Thousand One Hundred Seventy-Seven Dollars ($77,177.00);

7. To Ulonda L. Skinner, in the amount of Seventy-Seven Thousand One Hundred Seventy-Seven Dollars ($77,177.00); and

8. To Stewart L. Skinner, Jr., in the amount of Five Thousand Dollars ($5,000.00).

It is further **ORDERED** that defendant United States of America, following payment of the settlement proceeds, is released and discharged from liability on all claims that were or could have been asserted by the plaintiff, the Estate of Stuart Lewis Skinner, Stuart L. Skinner, Jr., Stethanie L. Skinner, Ulonda L. Skinner, and Stewart L. Skinner, Jr. in relation to the death of Stuart Lewis Skinner.

It is further **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** that plaintiff's counsel are **DIRECTED** to provide a copy of the Memorandum Opinion and this Order to all beneficiaries: (i) Stuart L. Skinner, Jr.; (ii) Stethanie L. Skinner; (iii) Ulonda L. Skinner; and (iv) Stewart L. Skinner.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Alexandria, Virginia
September 9, 2020

/s/
T. S. Ellis, III
United States District Judge